8 So.2d 222

**Viola Hulgan LeFURGEY v. W. M. BECK, Adm'r et al.**

7 Div. 699.

Supreme Court of Alabama.

March 28, 1942.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

4 So.2d 920

**C. A. LEWIS v. Eloise J. DRENNEN et al.**

6 Div. 892.

Supreme Court of Alabama.

Oct. 30, 1941.

Motion to reinstate denied Nov. 13, 1941.

R. G. Kelton, of Oneonta, for appellant.

Brown & Bell, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed for want of prosecution.

GARDNER, C. J., and THOMAS, BROWN, and LIVINGSTON, JJ., concur.

---

4 So.2d 920

**In re J. P. LISTON, Adm'r.**

6 Div. 878.

Supreme Court of Alabama.

Nov. 8, 1941.

Lipscomb & Lipscomb, of Bessemer, for appellant.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

5 So.2d 840

**Lee Gordon McCLENDON v. Mildred McCLENDON.**

6 Div. 916.

Supreme Court of Alabama.

Feb. 9, 1942.

Wm. S. Pritchard and Victor H. Smith, both of Birmingham, for appellant.

A. Leo Oberdorfer and Roger Snyder, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

---

4 So.2d 920

**Raymond McGEE v. STATE.**

8 Div. 154.

Supreme Court of Alabama.

Nov. 6, 1941.

Rehearing Denied Nov. 27, 1941.

F. S. Parnell, of Florence, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Raymond McGee for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McGee v. State, 4 So.2d 923.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.